IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM ZUCK, | ) | 4:12CV3252 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARIO PEART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 16.) Plaintiff seeks reconsideration of the court's September 9, 2013, Memorandum and Order. In that order, the court determined, in part, that Plaintiff's claims that Defendants deprived him of nutritionally adequate food could proceed to service, but Plaintiff's claims that Defendants violated his religious rights by refusing to supply him with a diet that complies with the "Word of Wisdom" could not proceed to service. Upon careful consideration, the court finds no good cause to reconsider any portion of its previous order.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Reconsideration (Filing No. 16) is denied.

DATED this 16th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.