IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM ZUCK, | ) | 4:12CV3252 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARIO PEART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's document entitled "Plaintiff's First Interrogatories to Defendant Frank Hopkins," which the court liberally construes as a motion seeking discovery. However, Plaintiff has not served Defendant Frank Hopkins with service of process. Moreover, Plaintiff is reminded that shortly after he filed this action, the clerk's office delivered to him a copy of the court's General Order Number 2007-12, which states that "[n]o discovery in pro se civil cases assigned to a district judge shall take place until . . . a progression order is entered unless permitted by the court." (Filing No. 8 at CM/ECF p. 1.) Here, the court has not entered a progression order, and will not enter one until after Plaintiff has obtained service of process on Defendants as set forth in the court's order dated September 9, 2013. (*See* Filing No. 15.)

IT IS THEREFORE ORDERED that: "Plaintiff's First Interrogatories to Defendant Frank Hopkins," which the court liberally construes as a motion seeking discovery, is denied. (Filing No. 18.)

DATED this 23rd day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.