IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM ZUCK, | ) | 4:12CV3252 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARIO PEART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. In order to ensure a just and speedy resolution of this matter, the court will order Defendants to respond to the following motions filed by Plaintiff: Plaintiff's Motion for Status of Service on Defendants (Filing No. 57), and Plaintiff's Motion filed pursuant to Federal Rule of Civil Procedure 56(d) (Filing No. 60). In Plaintiff's Motion for Status of Service on Defendants, Plaintiff explains that he delivered a summons form to Attorney General Jon Bruning on December 23, 2013, in an attempt to serve Defendants in their official capacities. Counsel for Defendants responded to this attempted service of process by filing a motion to dismiss Attorney General Jon Bruning as a defendant. (*See* Filing No. 54.) In Plaintiff's Motion filed pursuant to Federal Rule of Civil Procedure 56(d), Plaintiff argues that he cannot present facts essential to justify his opposition to Defendants' Motion for Summary Judgment. (Filing No. 60.)

    IT IS THEREFORE ORDERED that: Defendants shall have 14 days from the date of this Memorandum and Order to respond to the aforementioned motions.

    DATED this 17th day of April, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.